IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00888-PSF-BNB

STEFANIE HOGAN,

    Plaintiff,

v.

STANLEY WEINBERG AND ASSOCIATES CORP., an Illinois corporation;
ANTHONY LEWIS, whose true name is unknown; and
JOHN DOE, whose true name is unknown,

    Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the parties' Stipulated Motion to Dismiss With Prejudice (Dkt. # 14) and being fully advised in the premises, does hereby

ORDER that this case is dismissed with prejudice, each party to pay his, her or its own costs and attorney fees.

DATED: August 26, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge